**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM HEINSELMAN,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID GIBSON CONTRACTOR LLC,<br><br>        Defendant.<br><br>DAVID GIBSON CONTRACTOR LLC,<br><br>        Counter-Claimant,<br><br>v.<br><br>WILLIAM HEINSELMAN,<br><br>        Counter-Defendant. | CASE NO.: 3:23-cv-00027-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR**<br>**DIMISSAL WITH PREJUDICE** |

      Plaintiff/Counter-Defendant, WILLIAM HEINSELMAN ("Heinselman"), by and through its attorneys, Holland & Hart LLP, and Defendant/Counter-Claimant, DAVID GIBSON CONTRACTOR LLC ("Gibson"), by and through its attorneys, Gerber Law Offices, LLP, hereby stipulate the above-entitled action, including the claims by Heinselman against Gibson and the counterclaims by Gibson against Heinselman, is and shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

1

IT IS SO STIPULATED.

DATED this 7th day of July 2023.

**HOLLAND & HART LLP**

*/s/ Lars K. Evensen*
Lars K. Evensen
Nevada Bar No. 8061
Dirk W. Gaspar
Nevada Bar No. 10046
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Plaintiff/Counter-Defendant*

DATED this 7th day of July 2023.

**GERBER LAW OFFICES, LLP**

*/s/ Zachary A. Gerber*
Travis W. Gerber, Esq.
Nevada Bar No. 8038
Zachary A. Gerber, Esq.
Nevada Bar No. 13128
491 4th Street
Elko, NV 89801

*Attorneys for Defendant/Counter-Claimant*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Court Judge

Dated: July 11, 2023

2